IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Donna L. Schulmeister, | ) | |
|    *Debtor* | ) | Case No. 20-20161 CMB |
| | ) | Chapter 13 |
| Donna L. Schulmeister, | ) | |
|    *Movant* | ) | Document No. |
| | ) | |
| No Respondents | ) | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On January 27, 2020 at docket number 22, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by*:* The Debtor carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

December 12, 2024                                          /s/ Donna L. Schulmeister
Date                                                                                    Debtor

        Respectfully submitted,

<u>January 27, 2025</u>          <u>/s/ Julie Frazee Steidl</u>
DATE          Julie Frazee Steidl, Esquire
          Attorney for the Debtor
          STEIDL & STEINBERG
          436 Seventh Avenue, Suite 322
          Pittsburgh, PA 15219
          (412) 391-8000
          julie.steidl@steidl-steinberg.com
          PA I.D. No. 35937

**PAWB Local Form 24 (07/13)**