**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DONNA L. SCHULMEISTER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>    vs.<br>No Respondents. | Case No.:20-20161<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 25, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/15/2020 and confirmed on 3/2/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 92,408.29 |
| Less Refunds to Debtor | 1,263.75 | |
| TOTAL AMOUNT OF PLAN FUND | | 91,144.54 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 4,703.19 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,203.19 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   THE ANDOVER BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR C | 0.00 | 45,966.17 | 0.00 | 45,966.17 |
|     Acct: 9341 | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR C | 750.46 | 750.46 | 0.00 | 750.46 |
|     Acct: 9341 | | | | |
|   PITTSBURGH WATER & SEWER AUTHORI | 127.15 | 127.15 | 9.78 | 136.93 |
|     Acct: 0C70 | | | | |
|   PITTSBURGH WATER & SEWER AUTHORI | 2.90 | 2.90 | 0.00 | 2.90 |
|     Acct: 0C70 | | | | |
| | | | | 46,856.46 |
| **Priority** | | | | |
|   JULIE FRAZEE STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DONNA L. SCHULMEISTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DONNA L. SCHULMEISTER | 1,263.75 | 1,263.75 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | ***NONE*** | | |
| **Unsecured** | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 2,510.45 | 1,583.87 | 0.00 | 1,583.87 |
|     Acct: 8757 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,502.11 | 947.70 | 0.00 | 947.70 |
|     Acct: 3524 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENIT | 3,493.05 | 2,203.80 | 0.00 | 2,203.80 |
|     Acct: 2844 | | | | |
|   CITIBANK NA** | 872.42 | 550.42 | 0.00 | 550.42 |
|     Acct: 6030 | | | | |
|   LVNV FUNDING LLC | 4,808.07 | 3,033.46 | 0.00 | 3,033.46 |
|     Acct: 3356 | | | | |
|   CITIBANK NA** | 2,787.77 | 1,758.83 | 0.00 | 1,758.83 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 6108 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 3,469.43 | 2,188.90 | 0.00 | 2,188.90 |
| Acct: 7359 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 186.40 | 117.60 | 0.00 | 117.60 |
| Acct: 9488 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 3,907.10 | 2,465.03 | 0.00 | 2,465.03 |
| Acct: 4573 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 1,019.53 | 643.23 | 0.00 | 643.23 |
| Acct: 3915 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 3,263.24 | 2,058.81 | 0.00 | 2,058.81 |
| Acct: 2661 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMEN | 2,357.31 | 1,487.25 | 0.00 | 1,487.25 |
| Acct: 9197 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 910.16 | 574.23 | 0.00 | 574.23 |
| Acct: 0933 | | | | |
| CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0510 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 1,800.86 | 1,136.18 | 0.00 | 1,136.18 |
| Acct: 5620 | | | | |
| DISCOVER BANK(*) | 1,359.73 | 857.87 | 0.00 | 857.87 |
| Acct: 0390 | | | | |
| CAPITAL ONE NA** | 2,906.12 | 1,833.50 | 0.00 | 1,833.50 |
| Acct: 5263 | | | | |
| NORDSTROM INC | 4,078.85 | 2,573.39 | 0.00 | 2,573.39 |
| Acct: 8573 | | | | |
| CITIZENS BANK NA | 822.06 | 518.65 | 0.00 | 518.65 |
| Acct: 8552 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 1,917.86 | 1,210.00 | 0.00 | 1,210.00 |
| Acct: 7883 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,628.59 | 1,027.49 | 0.00 | 1,027.49 |
| Acct: 3617 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 3,857.67 | 2,433.84 | 0.00 | 2,433.84 |
| Acct: 6557 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 2,108.35 | 1,330.18 | 0.00 | 1,330.18 |
| Acct: 7832 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 3,545.07 | 2,236.62 | 0.00 | 2,236.62 |
| Acct: 7660 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,283.25 | 809.62 | 0.00 | 809.62 |
| Acct: 6699 | | | | |
| UPMC HEALTH SERVICES | 799.51 | 504.42 | 0.00 | 504.42 |
| Acct: 1990 | | | | |
| TARGET RETAILERS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6218 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6557 | | | | |
| LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RONALD SCHULMEISTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 36,084.89 |

TOTAL PAID TO CREDITORS                                                                               82,941.35

```
TOTAL CLAIMED
    PRIORITY              0.00
    SECURED             880.51
    UNSECURED        57,194.96
```

Date: 02/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DONNA L. SCHULMEISTER

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:20-20161

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20161-CMB |
| Donna L. Schulmeister | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Feb 28, 2025 | Form ID: pdf900 | Total Noticed: 71 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donna L. Schulmeister, 3416 Harrisburg St, Pittsburgh, PA 15204-1542 |
| 15184342 | + | Andover Bank, 600 East Main Street, PO Box 1300, Andover, OH 44003-1300 |
| 15184383 | + | Ronald F. Schulmeister, 3416 Harrisburg St, Pittsburgh, PA 15204-1542 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Mar 01 2025 01:14:00 | Nationstar Mortgage LLC, ALDRIDGE PITE, LLP, 3333 Camino del Rio South,, Suite 225, San Diego, CA 92108, UNITED STATES 92108-3808 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2025 01:38:44 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Mar 01 2025 01:14:00 | Pittsburgh Water & Sewer Authority, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| 15188154 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 01 2025 01:14:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919 |
| 15184382 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 01 2025 01:14:00 | RBS Citizens Cc, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 15184381 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 01 2025 01:14:00 | RBS Citizens Cc, 1000 Lafayette Blvd, Bridgeport, CT 06604 |
| 15184345 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 01 2025 01:38:34 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15184343 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 01 2025 02:19:54 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15197270 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 01 2025 01:38:42 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15204745 | | Email/PDF: bncnotices@becket-lee.com | Mar 01 2025 01:38:54 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15184347 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2025 01:14:00 | Catherines/Comenity, Po Box 182789, Columbus, OH 43218-2789 |
| 15184348 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2025 01:14:00 | Catherines/Comenity, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15184350 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2025 01:38:46 | Cbna, City Bank Corp/Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 15184349 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2025 02:08:53 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

Case 20-20161-CMB    Doc 58    Filed 03/02/25    Entered 03/03/25 00:29:18    Desc Imaged
Certificate of Notice    Page 7 of 10

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 5 |
| Date Rcvd: Feb 28, 2025 | Form ID: pdf900 | Total Noticed: 71 |

| | | | |
|---|---|---|---|
| 15184351 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2025 01:39:13 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15184352 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2025 01:39:15 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15184353 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2025 01:39:23 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15184354 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2025 01:39:13 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15219612 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2025 01:38:25 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15184356 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2025 01:14:00 | Comenity Bank/Avenue, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15184355 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2025 01:14:00 | Comenity Bank/Avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 15184358 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2025 01:14:00 | Comenity Bank/Kingsize, Attn: Bankruptcy, Po Box 182125, Columbus, GA 43218-2125 |
| 15184357 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2025 01:14:00 | Comenity Bank/Kingsize, Po Box 182789, Columbus, OH 43218-2789 |
| 15184360 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2025 01:14:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15184359 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2025 01:14:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 15184362 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2025 01:14:00 | Comenity Bank/Roamans, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15184361 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2025 01:14:00 | Comenity Bank/Roamans, Po Box 182789, Columbus, OH 43218-2789 |
| 15184364 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2025 01:14:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15184363 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2025 01:14:00 | Comenity Bank/Torrid, Po Box 182789, Columbus, OH 43218-2789 |
| 15184366 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2025 01:14:00 | Comenity Bkl/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15184365 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2025 01:14:00 | Comenity Bkl/Ulta, Po Box 182120, Columbus, OH 43218-2120 |
| 15184367 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2025 01:14:00 | Comenitybank/hottpic, Po Box 182789, Columbus, OH 43218-2789 |
| 15184368 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2025 01:14:00 | Comenitybank/hottpic, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15184370 | + Email/Text: bdsupport@creditmanagementcompany.com | Mar 01 2025 01:15:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15184369 | + Email/Text: bdsupport@creditmanagementcompany.com | Mar 01 2025 01:15:00 | Credit Management Company, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15184374 | Email/Text: mrdiscen@discover.com | Mar 01 2025 01:14:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15184373 | Email/Text: mrdiscen@discover.com | Mar 01 2025 01:14:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15184372 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2025 01:39:13 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15184371 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Mar 01 2025 02:08:21 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15215232 | | Email/Text: bnc-quantum@quantum3group.com | Mar 01 2025 01:14:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15187318 | | Email/Text: mrdiscen@discover.com | Mar 01 2025 01:14:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15216781 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 01 2025 01:15:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15184376 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 01 2025 01:14:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15184375 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 01 2025 01:14:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15219811 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2025 01:38:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15184377 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 01 2025 01:14:00 | Mr. Cooper, 350 Highland, Houston, TX 77009-6623 |
| 15184378 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 01 2025 01:14:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15202323 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 01 2025 01:14:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15184379 | + | Email/Text: bnc@nordstrom.com | Mar 01 2025 01:14:40 | Nordstrom FSB, 13531 E. Caley Ave, Englewood, CO 80111-6505 |
| 15184380 | + | Email/Text: bnc@nordstrom.com | Mar 01 2025 01:14:18 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 15221573 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 01 2025 01:15:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15210717 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2025 01:39:09 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15211350 | + | Email/Text: ebnpwsa@grblaw.com | Mar 01 2025 01:14:00 | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15219229 | | Email/Text: bnc-quantum@quantum3group.com | Mar 01 2025 01:14:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15219230 | | Email/Text: bnc-quantum@quantum3group.com | Mar 01 2025 01:14:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15184386 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2025 02:08:12 | Synchrony Bank, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15184387 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2025 01:38:18 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15184845 | ^ | MEBN | Mar 01 2025 00:21:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15184389 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2025 02:30:49 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 15184388 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2025 01:38:18 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 15184391 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2025 02:08:51 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15184390 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2025 01:38:42 | Synchrony Bank/Care Credit, C/o Po Box 965036, |

Case 20-20161-CMB    Doc 58    Filed 03/02/25    Entered 03/03/25 00:29:18    Desc Imaged
Certificate of Notice    Page 9 of 10

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 28, 2025 | Form ID: pdf900 | Total Noticed: 71 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Orlando, FL 32896-0001 |
| 15184393 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2025 01:38:42 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15184392 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2025 01:39:08 | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15184394 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2025 02:07:04 | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15184395 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2025 01:39:30 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15268405 | + | Email/Text: bncmail@w-legal.com | Mar 01 2025 01:14:00 | Target, PO Box 673, Minneapolis MN 55440-0673 |
| 15212771 | | Email/Text: BNCnotices@dcmservices.com | Mar 01 2025 01:14:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |

TOTAL: 68

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| 15184385 | | Syncb/walmart |
| 15184346 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15184344 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15184384 | *+ | Ronald F. Schulmeister, 3416 Harrisburg St, Pittsburgh, PA 15204-1542 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Julie Frazee Steidl | on behalf of Debtor Donna L. Schulmeister julie.steidl@steidl-steinberg.com abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kristen D. Little | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER KRLITTLE@FIRSTAM.COM |

Mario J. Hanyon
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER wbecf@brockandscott.com mario.hanyon@brockandscott.com

Matthew Fissel
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER matthew.fissel@brockandscott.com wbecf@brockandscott.com

Michael John Clark
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mclark@pincuslaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9