**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Donna L. Schulmeister<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–1990<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 20–20161–CMB | |

# Order of Discharge                                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Donna L. Schulmeister

   4/15/25                                                        **By the court:** Carlota M Bohm
                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support
      obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified
      in 11 U.S.C. §§ 507(a)(8)( C),
      523(a)(1)(B), or 523(a)(1)(C) to the
      extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                              **Chapter 13 Discharge**                              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20161-CMB |
| Donna L. Schulmeister | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Apr 15, 2025 | Form ID: 3180W | Total Noticed: 73 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donna L. Schulmeister, 3416 Harrisburg St, Pittsburgh, PA 15204-1542 |
| 15184342 | + | Andover Bank, 600 East Main Street, PO Box 1300, Andover, OH 44003-1300 |
| 15184383 | + | Ronald F. Schulmeister, 3416 Harrisburg St, Pittsburgh, PA 15204-1542 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 16 2025 05:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 16 2025 05:10:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Apr 16 2025 01:27:00 | Nationstar Mortgage LLC, ALDRIDGE PITE, LLP, 3333 Camino del Rio South,, Suite 225, San Diego, CA 92108, UNITED STATES 92108-3808 |
| cr | + | EDI: PRA.COM | Apr 16 2025 05:10:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Apr 16 2025 01:27:00 | Pittsburgh Water & Sewer Authority, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| 15188154 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 16 2025 01:27:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919 |
| 15184382 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 16 2025 01:27:00 | RBS Citizens Cc, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 15184381 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 16 2025 01:27:00 | RBS Citizens Cc, 1000 Lafayette Blvd, Bridgeport, CT 06604 |
| 15184345 | + | EDI: CAPITALONE.COM | Apr 16 2025 05:10:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15184343 | + | EDI: CAPITALONE.COM | Apr 16 2025 05:10:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15197270 | | EDI: CAPITALONE.COM | Apr 16 2025 05:10:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15204745 | | Email/PDF: bncnotices@becket-lee.com | Apr 16 2025 01:48:22 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15184347 | + | EDI: WFNNB.COM | Apr 16 2025 05:10:00 | Catherines/Comenity, Po Box 182789, Columbus, |

Case 20-20161-CMB    Doc 61    Filed 04/17/25    Entered 04/18/25 00:31:06    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0315-2 | User: auto | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Apr 15, 2025 | Form ID: 3180W | Total Noticed: 73 |

| Recipient ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | OH 43218-2789 |
| 15184348 | + | EDI: WFNNB.COM | Apr 16 2025 05:10:00 | Catherines/Comenity, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15184350 | + | EDI: CITICORP | Apr 16 2025 05:10:00 | Cbna, City Bank Corp/Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 15184349 | + | EDI: CITICORP | Apr 16 2025 05:10:00 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15184351 | + | EDI: CITICORP | Apr 16 2025 05:10:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15184352 | + | EDI: CITICORP | Apr 16 2025 05:10:00 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15184353 | + | EDI: CITICORP | Apr 16 2025 05:10:00 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15184354 | | EDI: CITICORP | Apr 16 2025 05:10:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15219612 | | EDI: CITICORP | Apr 16 2025 05:10:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15184356 | + | EDI: WFNNB.COM | Apr 16 2025 05:10:00 | Comenity Bank/Avenue, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15184355 | + | EDI: WFNNB.COM | Apr 16 2025 05:10:00 | Comenity Bank/Avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 15184358 | + | EDI: WFNNB.COM | Apr 16 2025 05:10:00 | Comenity Bank/Kingsize, Attn: Bankruptcy, Po Box 182125, Columbus, GA 43218-2125 |
| 15184357 | + | EDI: WFNNB.COM | Apr 16 2025 05:10:00 | Comenity Bank/Kingsize, Po Box 182789, Columbus, OH 43218-2789 |
| 15184360 | + | EDI: WFNNB.COM | Apr 16 2025 05:10:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15184359 | + | EDI: WFNNB.COM | Apr 16 2025 05:10:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 15184362 | + | EDI: WFNNB.COM | Apr 16 2025 05:10:00 | Comenity Bank/Roamans, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15184361 | + | EDI: WFNNB.COM | Apr 16 2025 05:10:00 | Comenity Bank/Roamans, Po Box 182789, Columbus, OH 43218-2789 |
| 15184364 | + | EDI: WFNNB.COM | Apr 16 2025 05:10:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15184363 | + | EDI: WFNNB.COM | Apr 16 2025 05:10:00 | Comenity Bank/Torrid, Po Box 182789, Columbus, OH 43218-2789 |
| 15184366 | + | EDI: WFNNB.COM | Apr 16 2025 05:10:00 | Comenity Bkl/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15184365 | + | EDI: WFNNB.COM | Apr 16 2025 05:10:00 | Comenity Bkl/Ulta, Po Box 182120, Columbus, OH 43218-2120 |
| 15184367 | + | EDI: WFNNB.COM | Apr 16 2025 05:10:00 | Comenitybank/hottpic, Po Box 182789, Columbus, OH 43218-2789 |
| 15184368 | + | EDI: WFNNB.COM | Apr 16 2025 05:10:00 | Comenitybank/hottpic, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15184370 | + | Email/Text: bdsupport@creditmanagementcompany.com | Apr 16 2025 01:28:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15184369 | + | Email/Text: bdsupport@creditmanagementcompany.com | Apr 16 2025 01:28:00 | Credit Management Company, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15184374 | | EDI: DISCOVER | Apr 16 2025 05:10:00 | Discover Financial, Attn: Bankruptcy Department, |

Case 20-20161-CMB   Doc 61   Filed 04/17/25   Entered 04/18/25 00:31:06   Desc Imaged
Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Apr 15, 2025 | Form ID: 3180W | Total Noticed: 73 |

| Recip ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Po Box 15316, Wilmington, DE 19850 |
| 15184373 | | EDI: DISCOVER | Apr 16 2025 05:10:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15184372 | | EDI: CITICORP | Apr 16 2025 05:10:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15184371 | | EDI: CITICORP | Apr 16 2025 05:10:00 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15215232 | | EDI: Q3G.COM | Apr 16 2025 05:10:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15187318 | | EDI: DISCOVER | Apr 16 2025 05:10:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15216781 | | EDI: JEFFERSONCAP.COM | Apr 16 2025 05:10:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15184376 | + | EDI: CAPITALONE.COM | Apr 16 2025 05:10:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15184375 | + | EDI: CAPITALONE.COM | Apr 16 2025 05:10:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15219811 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2025 01:48:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15184377 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 16 2025 01:27:00 | Mr. Cooper, 350 Highland, Houston, TX 77009-6623 |
| 15184378 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 16 2025 01:27:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15202323 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 16 2025 01:27:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15184379 | + | Email/Text: bnc@nordstrom.com | Apr 16 2025 01:27:32 | Nordstrom FSB, 13531 E. Caley Ave, Englewood, CO 80111-6505 |
| 15184380 | + | Email/Text: bnc@nordstrom.com | Apr 16 2025 01:27:57 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 15221573 | + | EDI: JEFFERSONCAP.COM | Apr 16 2025 05:10:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15210717 | | EDI: PRA.COM | Apr 16 2025 05:10:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15211350 | + | Email/Text: ebnpwsa@grblaw.com | Apr 16 2025 01:27:00 | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15219229 | | EDI: Q3G.COM | Apr 16 2025 05:10:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15219230 | | EDI: Q3G.COM | Apr 16 2025 05:10:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15184386 | + | EDI: SYNC | Apr 16 2025 05:10:00 | Synchrony Bank, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15184387 | + | EDI: SYNC | Apr 16 2025 05:10:00 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15184845 | ^ | MEBN | Apr 16 2025 01:26:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15184389 | + | EDI: SYNC | Apr 16 2025 05:10:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 15, 2025 | Form ID: 3180W | Total Noticed: 73 |

| | | | | |
|---|---|---|---|---|
| | | | | Po Box 956060, Orlando, FL 32896-0001 |
| 15184388 | + | EDI: SYNC | Apr 16 2025 05:10:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 15184391 | + | EDI: SYNC | Apr 16 2025 05:10:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15184390 | + | EDI: SYNC | Apr 16 2025 05:10:00 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15184393 | + | EDI: SYNC | Apr 16 2025 05:10:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15184392 | + | EDI: SYNC | Apr 16 2025 05:10:00 | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15184394 | + | EDI: SYNC | Apr 16 2025 05:10:00 | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15184395 | + | EDI: SYNC | Apr 16 2025 05:10:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15268405 | + | EDI: WTRRNBANK.COM | Apr 16 2025 05:10:00 | Target, PO Box 673, Minneapolis MN 55440-0673 |
| 15212771 | | Email/Text: BNCnotices@dcmservices.com | Apr 16 2025 01:27:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |

TOTAL: 70

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| 15184385 | | Syncb/walmart |
| 15184346 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15184344 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15184384 | *+ | Ronald F. Schulmeister, 3416 Harrisburg St, Pittsburgh, PA 15204-1542 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2025        Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | |

| District/off: 0315-2 | User: auto | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Apr 15, 2025 | Form ID: 3180W | Total Noticed: 73 |

on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Julie Frazee Steidl

on behalf of Debtor Donna L. Schulmeister julie.steidl@steidl-steinberg.com
abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Kristen D. Little

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER KRLITTLE@FIRSTAM.COM

Mario J. Hanyon

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER wbecf@brockandscott.com
mario.hanyon@brockandscott.com

Matthew Fissel

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER matthew.fissel@brockandscott.com
wbecf@brockandscott.com

Michael John Clark

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mclark@pincuslaw.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 9