**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　DONNA L. SCHULMEISTER<br><br>　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>　No Repondents. | Case No.:20-20161<br><br>Chapter 13<br><br>Related to: Document No. 55<br><br>**ENTERED BY DEFAULT** |

**ORDER OF COURT**

AND NOW, this __15th__ day of __April__, 20 __25__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

SIGNED
4/15/25 10:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_   glb
Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                  Case No. 20-20161-CMB
Donna L. Schulmeister                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 5
Date Rcvd: Apr 15, 2025      Form ID: pdf900      Total Noticed: 71

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donna L. Schulmeister, 3416 Harrisburg St, Pittsburgh, PA 15204-1542 |
| 15184342 | + | Andover Bank, 600 East Main Street, PO Box 1300, Andover, OH 44003-1300 |
| 15184383 | + | Ronald F. Schulmeister, 3416 Harrisburg St, Pittsburgh, PA 15204-1542 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Apr 16 2025 01:27:00 | Nationstar Mortgage LLC, ALDRIDGE PITE, LLP, 3333 Camino del Rio South,, Suite 225, San Diego, CA 92108, UNITED STATES 92108-3808 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2025 01:36:05 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Apr 16 2025 01:27:00 | Pittsburgh Water & Sewer Authority, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| 15188154 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 16 2025 01:27:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919 |
| 15184382 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 16 2025 01:27:00 | RBS Citizens Cc, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 15184381 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 16 2025 01:27:00 | RBS Citizens Cc, 1000 Lafayette Blvd, Bridgeport, CT 06604 |
| 15184345 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2025 01:36:59 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15184343 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2025 01:36:02 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15197270 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2025 01:48:44 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15204745 | | Email/PDF: bncnotices@becket-lee.com | Apr 16 2025 01:36:46 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15184347 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2025 01:27:00 | Catherines/Comenity, Po Box 182789, Columbus, OH 43218-2789 |
| 15184348 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2025 01:27:00 | Catherines/Comenity, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15184350 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2025 01:48:22 | Cbna, City Bank Corp/Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 15184349 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2025 01:48:22 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

Case 20-20161-CMB   Doc 62   Filed 04/17/25   Entered 04/18/25 00:31:06   Desc Imaged
Certificate of Notice   Page 3 of 6

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 15, 2025 | Form ID: pdf900 | Total Noticed: 71 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 15184351 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2025 01:36:42 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15184352 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2025 01:48:45 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15184353 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2025 01:49:04 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15184354 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2025 01:36:43 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15219612 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2025 01:36:46 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15184356 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2025 01:27:00 | Comenity Bank/Avenue, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15184355 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2025 01:27:00 | Comenity Bank/Avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 15184358 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2025 01:27:00 | Comenity Bank/Kingsize, Attn: Bankruptcy, Po Box 182125, Columbus, GA 43218-2125 |
| 15184357 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2025 01:27:00 | Comenity Bank/Kingsize, Po Box 182789, Columbus, OH 43218-2789 |
| 15184360 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2025 01:27:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15184359 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2025 01:27:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 15184362 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2025 01:27:00 | Comenity Bank/Roamans, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15184361 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2025 01:27:00 | Comenity Bank/Roamans, Po Box 182789, Columbus, OH 43218-2789 |
| 15184364 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2025 01:27:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15184363 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2025 01:27:00 | Comenity Bank/Torrid, Po Box 182789, Columbus, OH 43218-2789 |
| 15184366 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2025 01:27:00 | Comenity Bkl/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15184365 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2025 01:27:00 | Comenity Bkl/Ulta, Po Box 182120, Columbus, OH 43218-2120 |
| 15184367 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2025 01:27:00 | Comenitybank/hottpic, Po Box 182789, Columbus, OH 43218-2789 |
| 15184368 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2025 01:27:00 | Comenitybank/hottpic, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15184370 | + | Email/Text: bdsupport@creditmanagementcompany.com | Apr 16 2025 01:28:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15184369 | + | Email/Text: bdsupport@creditmanagementcompany.com | Apr 16 2025 01:28:00 | Credit Management Company, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15184374 | | Email/Text: mrdiscen@discover.com | Apr 16 2025 01:27:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15184373 | | Email/Text: mrdiscen@discover.com | Apr 16 2025 01:27:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15184372 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2025 01:48:32 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15184371 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recipient # | Method | Date/Time | Address |
|---|---|---|---|
| | | Apr 16 2025 01:37:06 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15215232 | Email/Text: bnc-quantum@quantum3group.com | Apr 16 2025 01:27:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15187318 | Email/Text: mrdiscen@discover.com | Apr 16 2025 01:27:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15216781 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 16 2025 01:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15184376 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2025 01:36:11 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15184375 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2025 01:36:59 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15219811 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2025 01:36:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15184377 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 16 2025 01:27:00 | Mr. Cooper, 350 Highland, Houston, TX 77009-6623 |
| 15184378 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 16 2025 01:27:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15202323 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 16 2025 01:27:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15184379 | + Email/Text: bnc@nordstrom.com | Apr 16 2025 01:27:58 | Nordstrom FSB, 13531 E. Caley Ave, Englewood, CO 80111-6505 |
| 15184380 | + Email/Text: bnc@nordstrom.com | Apr 16 2025 01:27:55 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 15221573 | + Email/Text: JCAP_BNC_Notices@jcap.com | Apr 16 2025 01:28:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15210717 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2025 01:37:03 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15211350 | + Email/Text: ebnpwsa@grblaw.com | Apr 16 2025 01:27:00 | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15219229 | Email/Text: bnc-quantum@quantum3group.com | Apr 16 2025 01:27:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15219230 | Email/Text: bnc-quantum@quantum3group.com | Apr 16 2025 01:27:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15184386 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2025 01:36:40 | Synchrony Bank, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15184387 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2025 01:48:32 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15184845 | ^ MEBN | Apr 16 2025 01:26:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15184389 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2025 01:48:22 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 15184388 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2025 01:36:59 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 15184391 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2025 01:35:59 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15184390 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2025 01:36:05 | Synchrony Bank/Care Credit, C/o Po Box 965036, |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 15, 2025 | Form ID: pdf900 | Total Noticed: 71 |

| | | | | |
|---|---|---|---|---|
| | | | | Orlando, FL 32896-0001 |
| 15184393 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Apr 16 2025 01:36:35 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15184392 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Apr 16 2025 01:36:34 | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15184394 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Apr 16 2025 01:37:07 | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15184395 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Apr 16 2025 01:49:07 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15268405 | + Email/Text: bncmail@w-legal.com | | Apr 16 2025 01:27:00 | Target, PO Box 673, Minneapolis MN 55440-0673 |
| 15212771 | Email/Text: BNCnotices@dcmservices.com | | Apr 16 2025 01:27:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |

TOTAL: 68

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| 15184385 | | Syncb/walmart |
| 15184346 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15184344 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15184384 | *+ | Ronald F. Schulmeister, 3416 Harrisburg St, Pittsburgh, PA 15204-1542 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Julie Frazee Steidl | |
| | on behalf of Debtor Donna L. Schulmeister julie.steidl@steidl-steinberg.com abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kristen D. Little | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER KRLITTLE@FIRSTAM.COM |

District/off: 0315-2 | User: auto | Page 5 of 5
Date Rcvd: Apr 15, 2025 | Form ID: pdf900 | Total Noticed: 71

Mario J. Hanyon
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER wbecf@brockandscott.com mario.hanyon@brockandscott.com

Matthew Fissel
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER matthew.fissel@brockandscott.com wbecf@brockandscott.com

Michael John Clark
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mclark@pincuslaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9